IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANDRA E. BUCHANAN, Proposed Administrator of the Estate of Robert K. Barger, Jr., | ) **ELECTRONICALLY FILED** |
| Plaintiff, | ) |
| | ) Civil Action No.: 2:25-cv-01208 |
| vs. | ) |
| | ) U.S. Magistrate Judge Kezia O. L. Taylor |
| COMMONWEALTH OF PENNSYLVANIA, et al. | ) |
| Defendants. | ) **JURY TRIAL DEMANDED** |

**NOTICE OF APPEARANCE**

Kindly enter the appearance of Thomas P. Pellis, Esquire and Meyer, Darragh, Buckler, Bebenek & Eck, P.L.L.C., on behalf of the Defendants, Westmoreland District Attorneys Office, James Lazar, Esquire, in his individual and official capacity, and Superintendent John Walton of Westmoreland County, in his individual and official capacity, in the above-captioned matter.

**MEYER, DARRAGH, BUCKLER, BEBENEK & ECK, P.L.L.C.**

Date: 2/12/2026

By: /s/ Thomas P. Pellis

**THOMAS P. PELLIS, ESQUIRE**
Pa. I.D. #52713
40 North Pennsylvania Ave., Suite 410
Greensburg, PA 15601
Phone: 724-836-4840
tpellis@mdbbe.com

## CERTIFICATE OF SERVICE

I hereby certify that on this ___12th___ day of ___February___, 2026, a true and correct copy of the foregoing **NOTICE OF APPEARANCE** has been forwarded to the Clerk of Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following:

Sandra E. Buchanan
4870 Washington Avenue
Ravenna, OH 44266-9628
*(Pro Se Plaintiff)*

Jorden P. Colalella, Esquire
PA Office of Attorney General
Civil Litigation Section
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222
*(Counsel for Defendants, Commonwealth of Pennsylvania; Pennsylvania State Police; Pennsylvania Department of Corrections; State Police Trooper Zalich, in his individual and official capacity; State Police Trooper Burford, in his individual and official capacity; Superintendent Giroux, SCI-Albion, in his individual and official capacity; Superintendent John Rivello of SCI Huntingdon, in his individual and official capacity)*

***I certify that the aforesaid filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.***

**MEYER, DARRAGH, BUCKLER,**
**BEBENEK & ECK, P.L.L.C.**

By: /s/ Thomas P. Pellis

**THOMAS P. PELLIS, ESQUIRE**
Attorney I.D. No. 52713
40 North Pennsylvania Ave., Suite 410
Greensburg, PA 15601
Phone: 724-836-4840
tpellis@mdbbe.com
Counsel for Defendants,
Westmoreland District Attorneys Office,
James Lazar, Esquire, in his individual
and official capacity and Superintendent
John Walton of Westmoreland County,
in his individual and official capacity